B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Davis, John William** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6311** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2832 Chayes Park Drive**<br>**Flossmoor, IL**<br><br>ZIP Code **60422** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                           Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Davis, John William** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)            (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Davis, John William** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John William Davis**
Signature of Debtor   **John William Davis**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**May 11, 2009**
Date

### Signature of Attorney*

X **/s/ Chester H. Foster, Jr. ARDC#**
Signature of Attorney for Debtor(s)

**Chester H. Foster, Jr. ARDC# 03122632**
Printed Name of Attorney for Debtor(s)

**Foster, Kallen & Smith**
Firm Name
**3825 W. 192nd Street**
**Homewood, IL 60430**

_____
Address

**Email: chf@fosterkallen.com**
**708-799-6300  Fax: 708-799-6339**
Telephone Number
**May 11, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re __John William Davis__                                                    Case No. _____

                                                    Debtor(s)        Chapter   __7__  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:      **/s/ John William Davis**
**John William Davis**

Date:   **May 11, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re **John William Davis**                                                                    Case No. _____

,

Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 439,900.00 | | |
| B - Personal Property | Yes | 4 | 724,455.80 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 792,990.42 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 296,011.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 33 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 1,640.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,852.00 |
| Total Number of Sheets of ALL Schedules | | 70 | | | |
| Total Assets | | | 1,164,355.80 | | |
| Total Liabilities | | | | 1,089,001.42 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re    **John William Davis**                                                                                          ,    Case No. _____

                                                Debtor

                                                                                Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re    **John William Davis**                                      ,            Case No. _____
                                          Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 2832 Chayes Park Drive, Flossmoor IL** | | - | **299,900.00** | **369,000.00** |
| **50% ownership interest in house located at 18 Pembrook, Flossmoor, IL 60422** | **Tenants in Common** | - | **140,000.00** | **391,990.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **439,900.00** | (Total of this page) |
| Total > | **439,900.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **John William Davis**                                        ,  Case No. _____
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand. In Debtor's possession.** | - | **455.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Great Lake Bank, 2034 Ridge Rd., Homewood, IL 60430.** | - | **443.45** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods and furnishings. Location: 2832 Chayes Park Drive, Flossmoor IL** | - | **1,000.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Personal clothing. Location: 2832 Chayes Park Drive, Flossmoor IL** | - | **600.00** |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >     **2,498.45**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **John William Davis**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Davis Retirement Trust. Location: Earl Avenue Associates, 114 S. Earl Avenue, Lafayette, IN 47904-3155 Financial Advisor: Frank Turpin.** | - | 690,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% ownership interest in Davis Development Corporation, an insolvent Illinois corporation.** | - | 0.00 |
| | | **100% ownership interest in JWD Construction, an insolvent Illinois corporation.** | - | 0.00 |
| | | **99% interest in Homes by Davis LLC, an insolvent Illinois Limited Liability Corporation.** | - | 0.00 |
| | | **100% interest in JWD Ventures, LLC, an insolvent Michigan Limited Liability Corporation.** | - | 0.00 |
| | | **Chabot Ventures, LLC an insolvent Michigan Limited Liability Corporation.** | - | 0.00 |
| | | **100% ownership interest in Homebouys Illinois, LLC an insolvent Illiniois Limited Liability Corporation.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >     690,000.00
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **John William Davis**                                         ,    Case No. _____
                                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Toyota Tundra, Vin#5TBDV58147S474949. Location: 2832 Chayes Park Drive, Flossmoor IL** | - | 27,475.00 |
| | | **2005 Toyota Camry automobile VIN#4T1BE30K150391658. Location: 2832 Chayes Park Drive, Flossmoor IL** | - | 4,182.35 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office furniture and equipment. Location: 2832 Chayes Park Drive, Flossmoor IL** | - | 300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

Sub-Total >       31,957.35
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **John William Davis**           ,       Case No.

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)

Total >    **724,455.80**

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **John William Davis**                                              ,   Case No. _____
                                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand. In Debtor's possession. | 735 ILCS 5/12-1001(b) | 455.00 | 455.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account at Great Lake Bank, 2034 Ridge Rd., Homewood, IL 60430. | 735 ILCS 5/12-1001(b) | 443.45 | 443.45 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household goods and furnishings. Location: 2832 Chayes Park Drive, Flossmoor IL | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| Personal clothing. Location: 2832 Chayes Park Drive, Flossmoor IL | 735 ILCS 5/12-1001(a) | 600.00 | 600.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Davis Retirement Trust. Location: Earl Avenue Associates, 114 S. Earl Avenue, Lafayette, IN 47904-3155 Financial Advisor: Frank Turpin. | 735 ILCS 5/12-1006 | 690,000.00 | 690,000.00 |
| **Stock and Interests in Businesses** | | | |
| 100% ownership interest in Davis Development Corporation, an insolvent Illinois corporation. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| 100% ownership interest in JWD Construction, an insolvent Illinois corporation. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| 99% interest in Homes by Davis LLC, an insolvent Illinois Limited Liability Corporation. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| 100% interest in JWD Ventures, LLC, an insolvent Michigan Limited Liability Corporation. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| Chabot Ventures, LLC an insolvent Michigan Limited Liability Corporation. | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Toyota Camry automobile VIN#4T1BE30K150391658. Location: 2832 Chayes Park Drive, Flossmoor IL | 735 ILCS 5/12-1001(c) 735 ILCS 5/12-1001(b) | 2,400.00 1,782.00 | 4,182.35 |
| | Total: | 696,680.45 | 696,680.80 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __**John William Davis**_____,                    Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6470031119258**<br><br>**American Home Mtg Srv**<br>**Attn: Bankruptcy**<br>**4600 Regent Blvd**<br>**Irving, TX 75063** | X | - | **Opened 5/01/06 Last Active 4/01/09**<br><br>**Mortgage**<br><br>**50% ownership interest in house located at 18 Pembrook, Flossmoor, IL 60422**<br><br>Value $                   **299,900.00** | | | | **391,990.00** | **92,090.00** |
| Account No. **6681011107495**<br><br>**Indymac Bank**<br>**7700 W Parmer Ln**<br>**Bldg D 2nd Floor**<br>**Austin, TX 78729** | | - | **Opened 3/01/08 Last Active 1/26/09**<br><br>**Location: 2832 Chayes Park Drive, Flossmoor IL**<br><br>Value $                   **299,900.00** | | | | **369,000.00** | **69,100.00** |
| Account No. **0045444899**<br><br>**Toyota Financial Services**<br>**PO Box 5855**<br>**Carol Stream, IL 60197-5866** | | - | **9/06/2007**<br><br>**Purchase Money Security**<br><br>**2007 Toyota Tundra, Vin#5TBDV58147S474949.**<br>**Location: 2832 Chayes Park Drive, Flossmoor IL**<br><br>Value $                    **27,475.00** | | | | **32,000.42** | **4,525.42** |
| Account No.<br><br><br><br><br>Value $ | | | | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | **792,990.42** \| **165,715.42** |
| | Total<br>(Report on Summary of Schedules) | **792,990.42** \| **165,715.42** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re   **John William Davis**                                                                    Case No. _____
                                                              ,
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**      continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **John William Davis**                                                    Case No. _____
                                                              ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Abonmarche** **95 W. Main Street** **PO Box 1088** **Benton Harbor, MI 49022** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Amber Construction** **Alderbrook Ct.** **Crown Point, IN 46307** | X | - | | | | | | | **Unknown** |
| Account No. 3722-641629-21003 | | | | | Possible personal guaranty of corporate debts. | | | | |
| **American Express** **AESC-P** **20022 N. 31st Ave.** **Phoenix, AZ 85027** | X | - | | | | | | | **Unknown** |
| Account No. 3725-004266-01000 | | | | | Possible personal guaranty of corporate debt. | | | | |
| **American Express** **AESC-P** **20022 N. 31st Ave.** **Phoenix, AZ 85027** | X | - | | | | | | | **Unknown** |

   __25__   continuation sheets attached

Subtotal
(Total of this page)                                                      **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                S/N:34868-090414    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John William Davis**                                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **3783-492775-06007** <br><br> **American Express** <br> **AESC-P** <br> **20022 N. 31st Ave.** <br> **Phoenix, AZ 85027** | X | - | | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No. **0014003741039549** <br><br> **Aqua Illinois, Inc.** <br> **762 W. Lancaster Ave.** <br> **Bryn Mawr, PA 19010-3489** | X | - | | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No. <br><br> **AR-BEDoors** <br> **7211 South Lockwood** <br> **Chicago, IL 60638** | X | - | | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No. <br><br> **B&L Consulting** <br> **114 Earl Street** <br> **Lafayette, IN 47904-3155** | X | - | | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No. **3774-600180-48026** <br><br> **Bank Of America** <br> **Attn: Bankruptcy NC4-105-02-77** <br> **Po Box 26012** <br> **Greensboro, NC 27410** | | - | | Opened  8/01/98  Last Active 1/27/09 CreditCard | | | | **26,180.00** |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**26,180.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John William Davis**                                                    ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5474-9795-0003-8956** <br><br> **Bank of America** <br> **PO Box 15184** <br> **Wilmington, DE 19850** | X | - | | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No. <br><br> **Basa's Marine, Inc.** <br> **512 E. North Frontage Road** <br> **Bolingbrook, IL 60440** | X | - | | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No. <br><br> **Brenda Turpin** <br> **114 Earl Street** <br> **Lafayette, IN 47904-3155** | X | - | | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No. <br><br> **Bruene Construction** <br> **3438 193rd Street** <br> **Lansing, IL 60438** | X | - | | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No. <br><br> **Bruggeman, Hurst & Associates** <br> **20012 Wolfe Road** <br> **Mokena, IL 60448** | X | - | | Possible personal guaranty of corporate debt. | | | | **Unknown** |

Sheet no. __**2**___ of __**25**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John William Davis**                                          ,        Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5291-4973-4875-6375**<br><br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**Po Box 5155**<br>**Norcross, GA 30091** | | - | **Opened 5/01/02 Last Active 1/15/09**<br>**CreditCard** | | | | **29,029.00** |
| Account No. **4802-1323-5117-3888**<br><br>**Capital One**<br>**c/o TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | **X** | - | **Possible personal guaranty of corporate debt.** | | | | **Unknown** |
| Account No.<br><br>**Carpet Plus**<br>**7260 W. 159th Street**<br>**Orland Park, IL 60462** | **X** | - | **Possible personal guaranty of corporate debt.** | | | | **Unknown** |
| Account No.<br><br>**Champion Lawn**<br>**15911 S. Codo Drive**<br>**Homer Glen, IL 60491** | **X** | - | **Possible personal guaranty of corporate debt.** | | | | **Unknown** |
| Account No. **514922427902**<br><br>**Chase**<br>**Attn: Bankruptcy Dept**<br>**Po Box 100018**<br>**Kennesaw, GA 30156** | | - | **Opened 4/01/04 Last Active 1/18/09**<br>**CreditCard** | | | | **33,690.00** |

Sheet no. __**3**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **62,719.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __John William Davis_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Chicago Title Insurance 15255 S. 94th Street Suite 604 Orland Park, IL 60462 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Chicago's Finest Ironworks 17564 Chicago Ave. Lansing, IL 60438 | X | - | | | | | | Unknown |
| Account No. 541065468359 | | | | Opened 9/01/89 Last Active 1/16/09 CreditCard | | | | |
| Citi Po Box 6241 Sioux Falls, SD 57117 | | - | | | | | | 23,993.00 |
| Account No. 720251165000001 | | | | Opened 4/01/04 Last Active 2/26/09 Possible personal guarnaty of corprorate debt | | | | |
| Citizens Bank 328 South Saginaw St Mail code #002064 Flint, MI 48502 | X | - | | | | | | 177,682.00 |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| City of Blue Island 13051 S. Greenwood Ave. Blue Island, IL 60406 | X | - | | | | | | Unknown |

Sheet no. __4___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   | 201,675.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **John William Davis**                                                    ,   Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| City of Chicago Heights 1601 Chicago Road Chicago Heights, IL 60411 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| City of Coloma 119 N. Paw Paw Street PO Box 329 Coloma, MI 49038 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| City of Crestwood 13840 S. Cicero Midlothian, IL 60445 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| CJ Insulation, Inc. 305 Wheaton Drive Yorkville, IL 60560 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| ComEd Customer Care Center PO Box 87522 Chicago, IL 60680 | X | - | | | | | | Unknown |

Sheet no.  __5__  of  __25__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                         **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **John William Davis** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt | | | | |
| Contract Callers, Inc. PO Box 212489 Augusta, GA 30917-2489 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Corporation Service Co. 2711 Centerville Rd. Wilmington, DE 19808 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Cory & Associates 151 E. 22ne St. East Wing Lombard, IL 60148 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| County Cement 20834 Torrence Ave. Chicago Heights, IL 60411 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Creekside Pointe HOA 2495 Spruce Lane Chicago Heights, IL 60411 | X | - | | | | | | Unknown |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John William Davis**                                    ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **D/S2 Adverstising** **10624 Great Egret Drive** **Orland Park, IL 60467** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Design Line** **23497 Highway 92** **Prophetstown, IL 61277-6876** | X | - | | | | | | **Unknown** |
| Account No. 6011-0078-0231-1463 | | | | Opened 5/01/07 Last Active 2/05/09 CreditCard | | | | |
| **Discover Fin** **Attention: Bankruptcy Department** **Po Box 3025** **New Albany, OH 43054** | | | | | | | | **5,437.00** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Don Peelman** **19533 Lake Shore Drive** **Chicago Heights, IL 60411** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Drywall Taping Service** **6940 W. 170th Street** **Tinley Park, IL 60477** | X | - | | | | | | **Unknown** |

Sheet no. __7___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **5,437.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  __John William Davis_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| **Earl Ave. Associates**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** | X | - | | | | | **Unknown** |
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| **Economy Signs**<br>**546 Conkey Street**<br>**Hammond, IN 46324** | X | - | | | | | **Unknown** |
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| **Edward Hines Lumber Co.**<br>**PO Box 28**<br>**Mokena, IL 60448** | X | - | | | | | **Unknown** |
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| **Excel Preferred Waterproofing**<br>**6662 W. 99th Street**<br>**Chicago Ridge, IL 60415** | X | - | | | | | **Unknown** |
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| **F&J Insurance Co.**<br>**114 Earl Ave.**<br>**Lafayette, IN 47904-3155** | X | - | | | | | **Unknown** |

Sheet no. __8___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re     **John William Davis**                                        ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **272832000100104**<br><br>**First National Bank Lansing<br>3256 Ridge Rd<br>Lansing, IL 60438** | | - | | **Opened  1/13/04  Last Active 10/06/04**<br>**Possible personal guaranty of corporate debt.** | | | | **Unknown** |
| Account No.<br><br>**First National Bank of Illinois<br>3256 Ridge Road<br>Lansing, IL 60438** | X | - | | **Possible personal guaranty of corporate debt.** | | | | **Unknown** |
| Account No.<br><br>**Foran Glennon Palandech & Ponzi, PC<br>150 S. Wacker Drive<br>Suite 1100<br>Chicago, IL 60606** | X | - | | **Possible personal guaranty of corporate debt.** | | | | **Unknown** |
| Account No.<br><br>**Frank Turpin<br>114 Earl Street<br>Lafayette, IN 47904-3155** | X | - | | **Possible personal guarnaty of corporate debt.** | | | | **Unknown** |
| Account No.<br><br>**Grand Designs<br>820 Wenonah<br>Oak Park, IL 60304** | X | - | | **Possible personal guaranty of corporate debt.** | | | | **Unknown** |

Sheet no. __**9**___ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **John William Davis**                                    ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Hagar Township 3900 Riverside Road Riverside, MI 49084 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Herb Swan M63 Properties. LLC 1051 West Hibbard Road Owosso, MI 48867 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Highgrove HOA 11 Pembrook Court Flossmoor, IL 60422 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Home Lumber 11200 Delaware Parkway Crown Point, IN 46307 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Homewood Glass & Mirror 2429 W. 183rd Street Homewood, IL 60430 | X | - | | | | | | Unknown |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John William Davis**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **HSBC Office Max PO Box Carol Stream, IL 60197** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Huizenga Stairs 2605 Garfield Ave. Lansing, IL 60438** | X | - | | | | | | **Unknown** |
| Account No. 0009-3240-4267-0921-5 | | | | Service. | | | | |
| **Indiana Michigan Power PO Box 24407 Canton, OH 44701-4407** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **J Lewis Electric 5373 Long Lake Road Bangor, MI 49013** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Jackson/Lewis Attorneys 820 W. Ohio Street Suite 500 Chicago, IL 60610** | X | - | | | | | | **Unknown** |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John William Davis**                                                    ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| Jane Turpin 114 Earl Street Lafayette, IN 47904-3155 | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| JC Builders 3037 46th Street Highland, IN 46322 | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| JC Concrete 4019 M139 Saint Joseph, MI 49085 | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| Julio Montes c/o Father & Son Flooring 2446 W. Pensacola Chicago, IL 60618 | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| K&S Engineering 9715 Kennedy Ave. Highland, IN 46322 | X | - | | | | | | | **Unknown** |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John William Davis**                                                     ,      Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| Keri Coleman 1 Hampton Court Flossmoor, IL 60422 | X | - | | | | | Unknown |
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| Kreykes Electric 2152 Glenwood-Dyer Road Chicago Heights, IL 60411 | X | - | | | | | Unknown |
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| Laughlin & Assoiates 2533 North Carson Street Carson City, NV 89706 | X | - | | | | | Unknown |
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| Lillie's Decorating, Inc. 4927 W. 154th Street Oak Forest, IL 60452 | X | - | | | | | Unknown |
| Account No. | | | Possible personal guaranty of corporate debt. | | | | |
| Linden Group, Inc. 900 Ridge Road Homewood, IL 60430 | X | - | | | | | Unknown |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **John William Davis**                                        ,          Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Lorenz Appliances** <br> **18320 Governors Hwy.** <br> **Homewood, IL 60430** | X | - | Possible personal guaranty of corporate debt. | | | | Unknown |
| Account No. <br><br> **M&M Roofing** <br> **3488 Eagle Nest Drive** <br> **Crete, IL 60417** | X | - | Possible personal guaranty of corporate debt. | | | | Unknown |
| Account No. <br><br> **Marine Services Corp.** <br> **14001 Cottage Grove** <br> **Dolton, IL 60419** | X | - | Possible personal guaranty of corporate debt. | | | | Unknown |
| Account No. <br><br> **McGuire & Sons** <br> **12250 Smiley Lane** <br> **Alsip, IL 60803** | X | - | Possible personal guaranty of corporated debt. | | | | Unknown |
| Account No. <br><br> **Metropolitan Water Reclaimation District** <br> **100 E. Erie Street** <br> **Chicago, IL 60611-3154** | X | - | Possible personal guaranty of corporate debt. | | | | Unknown |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __John William Davis_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Michael R. Keith & Associates PO Box 5547 Lansing, IL 60438 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Mike's Well Drilling 6606 E. Beecht Road Coloma, MI 49038 | X | - | | | | | | Unknown |
| Account No. 4785536062 | | | | Possible personal guaranty of corporate debt. | | | | |
| Nicor P.O. Box 190 Aurora, IL 60568-0001 | X | - | | | | | | Unknown |
| Account No. 8641866610 | | | | Possible personal guaranty of corporate debt for service at 2848 W. 142nd Place. | | | | |
| Nicor Gas c/o NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Nolan Electric PO Box 564 Orland Park, IL 60462 | X | - | | | | | | Unknown |

Sheet no. __15__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **John William Davis**
_____,          Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Northwestern Engineering 1110 Lake COok Road Buffalo Grove, IL 60089** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Oak Tree Service PO Box 1283 Bridgeview, IL 60455** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Omega Steel 1640 E. Main Street Griffith, IN 46319** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Pabco Services. LLC 1136 Fallbrook Trail Allegan, MI 49010** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Palos Bank & Trust 12600 S. Harlem Ave. Palos Heights, IL 60463** | X | - | | | | | | **Unknown** |

Sheet no. __**16**__ of __**25**__ sheets attached to Schedule of          Subtotal          **0.00**
Creditors Holding Unsecured Nonpriority Claims                                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John William Davis** _____ ,   Case No. _____

_____  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Passarp & Kahne**<br>**2900 S. State St.**<br>**Suite 3 East**<br>**Saint Joseph, MI 49085** | X | - | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No. **35000 5193 1842**<br><br>**Peoples Gas**<br>**130 E. Randolph Street**<br>**Chicago, IL 60601** | X | - | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No.<br><br>**Phil Riley Architects**<br>**12833 S. Harlem**<br>**Palos Heights, IL 60463** | X | - | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No.<br><br>**Prestige Lighting**<br>**2512 Ridge Road**<br>**Lansing, IL 60438** | X | - | Possible personal guaranty of corporate debt. | | | | **Unknown** |
| Account No.<br><br>**Pyramid Alarm**<br>**PO Box 391**<br>**Lansing, IL 60438** | X | - | Possible personal guaranty of corporate debt. | | | | **Unknown** |

Sheet no. __**17**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John William Davis**                                                    ,        Case No. _____
                                                        **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Pyramid Contractors PO Box 125 Dyer, IN 46311** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Richard Dibble Concrete 5655 Beechwood Drive Coloma, MI 49038** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Robert Nowicki & Associates 17844 Chappel Ave. Lansing, IL 60438** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Robinson Engineering 1700 S. Park Ave. South Holland, IL 60473** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Ronald A. Madden 3800 W. 216th Street Matteson, IL 60443** | X | - | | | | | | | **Unknown** |

Sheet no. __**18**__ of __**25**__ sheets attached to Schedule of                                    Subtotal                        **0.00**
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John William Davis**                                              ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Ronald Linton** **21710 Peterson Ave.** **Chicago Heights, IL 60411** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **RSM McGladrey** **1 S. Wacker Drive** **Suite 800** **Chicago, IL 60616-1921** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **RY Properties** **18255 Burnham** **Suite 3** **Lansing, IL 60438** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **S.C.E.Milgard Windows** **195 Exchange Boulevard** **PO Box 4920** **IL 60319** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Sikma Plumbing** **1836 Lake Street** **Dyer, IN 46311** | X | - | | | | | | **Unknown** |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John William Davis**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Silvestri Paving and Davis Paving** **11663 S. Mayfield** **Alsip, IL 60803** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Siriano Real Estate, LLC** **2251 N. Riverside Road** **Benton Harbor, MI 49022** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Steel Sales & Service** **17500 S. Paxon Ave.** **Lansing, IL 60438** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **Straightline Excavating** **19544 Burnham** **Chicago Heights, IL 60411** | X | - | | | | | | **Unknown** |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| **The Sellers** **2836 W. 142nd Place** **Blue Island, IL 60406** | X | - | | | | | X | **Unknown** |

Sheet no. __20__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John William Davis** _____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| The Stovalls 20131 Park Ave. Chicago Heights, IL 60411 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| The Streeters 21078 Willow Chicago Heights, IL 60411 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Thomas Luscomb 920 W. 175th Street Suite 1 Homewood, IL 60430 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Thorn Creek Sanitary District PO Box 403 Chicago Heights, IL 60412 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Thornton Blacktop 17941 Hickory Lansing, IL 60438 | X | - | | | | | | Unknown |

Sheet no. __21__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **John William Davis**                                                    , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Thornton Township 333 E. 162nd Street South Holland, IL 60473** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Tom Koerner 14221 S. Kedzie Ave. Suite 3 Blue Island, IL 60406** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Topline Cartage PO Box 5320 Lansing, IL 60438** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Vacant Property Security 329 West 18th Street Suite 714 Chicago, IL 60616** | X | - | | | | | | | **Unknown** |
| Account No. | | | | | Possible personal guaranty of corporate debt. | | | | |
| **Valeview 646 Pleasant Trail Frankfort, IL 60423-9515** | X | - | | | | | | | **Unknown** |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **John William Davis** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Village of Hazelcrest 3000 170th Street Hazel Crest, IL 60429 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Village of Lynwood 21460 Lincoln Hwy. Chicago Heights, IL 60411 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Village of Matteson 4900 VIllage Commons Matteson, IL 60443 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Village of Robbins 3327 W. 137th Street Robbins, IL 60472 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Village of Sauk Village 21701 Torrence Avenue Chicago Heights, IL 60411 | X | - | | | | | | Unknown |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    __John William Davis__ _____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| VM Masonry 546 Illinois Road Frankfort, IL 60423 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guarnaty of corporate debt. | | | | |
| VPS Security 329 West 18th Street Chicago, IL 60616 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Weichert Realtors Martke Group 3838 Niles Road Saint Joseph, MI 49085 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Wightman & Associates 2303 Pipestone Road Benton Harbor, MI 49022 | X | - | | | | | | Unknown |
| Account No. | | | | Possible personal guaranty of corporate debt. | | | | |
| Wilson Residence 2912 W. 142nd Place Blue Island, IL 60406 | X | - | | | | | | Unknown |

Sheet no. __24__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **John William Davis**                                        ,         Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Wiltjer Excavating**<br>**18317 Harper**<br>**Lansing, IL 60438** | X | - | | **Possible personal guaranty of corporate debt.** | | | | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **296,011.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **John William Davis**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **John William Davis**                                                                    ,     Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Davis Development Corp**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Capital One**<br>**c/o TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** |
| **Davis Development Corp**<br>**PO Box 832**<br>**Lansing, IL 60438** | **McGuire & Sons**<br>**12250 Smiley Lane**<br>**Alsip, IL 60803** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **American Express**<br>**AESC-P**<br>**20022 N. 31st Ave.**<br>**Phoenix, AZ 85027** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **American Express**<br>**AESC-P**<br>**20022 N. 31st Ave.**<br>**Phoenix, AZ 85027** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Abonmarche**<br>**95 W. Main Street**<br>**PO Box 1088**<br>**Benton Harbor, MI 49022** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **AR-BEDoors**<br>**7211 South Lockwood**<br>**Chicago, IL 60638** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Lynwood**<br>**21460 Lincoln Hwy.**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Chicago Heights**<br>**1601 Chicago Road**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Wightman & Associates**<br>**2303 Pipestone Road**<br>**Benton Harbor, MI 49022** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Carpet Plus**<br>**7260 W. 159th Street**<br>**Orland Park, IL 60462** |

**32**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John William Davis**                                                    , Case No. _____

                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438**<br>   **Service Address 2849 E. 93rd St.**<br>**Chicago, IL 60617-4111** | **Peoples Gas**<br>**130 E. Randolph Street**<br>**Chicago, IL 60601** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Cory & Associates**<br>**151 E. 22ne St. East Wing**<br>**Lombard, IL 60148** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Bruggeman, Hurst & Associates**<br>**20012 Wolfe Road**<br>**Mokena, IL 60448** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **ComEd**<br>**Customer Care Center**<br>**PO Box 87522**<br>**Chicago, IL 60680** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Robbins**<br>**3327 W. 137th Street**<br>**Robbins, IL 60472** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **First National Bank of Illinois**<br>**3256 Ridge Road**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Hagar Township**<br>**3900 Riverside Road**<br>**Riverside, MI 49084** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Julio Montes**<br>**c/o Father & Son Flooring**<br>**2446 W. Pensacola**<br>**Chicago, IL 60618** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Matteson**<br>**4900 VIllage Commons**<br>**Matteson, IL 60443** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Design Line**<br>**23497 Highway 92**<br>**Prophetstown, IL 61277-6876** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **S.C.E.Milgard Windows**<br>**195 Exchange Boulevard**<br>**PO Box 4920**<br>   **IL 60319** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Blue Island**<br>**13051 S. Greenwood Ave.**<br>**Blue Island, IL 60406** |

Sheet __1__ of __32__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                  Best Case Bankruptcy

In re   **John William Davis**                                              ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Sauk Village**<br>**21701 Torrence Avenue**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Palos Bank & Trust**<br>**12600 S. Harlem Ave.**<br>**Palos Heights, IL 60463** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Coloma**<br>**119 N. Paw Paw Street**<br>**PO Box 329**<br>**Coloma, MI 49038** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Nicor**<br>**P.O. Box 190**<br>**Aurora, IL 60568-0001** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Silvestri Paving and Davis Paving**<br>**11663 S. Mayfield**<br>**Alsip, IL 60803** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Chicago Title Insurance**<br>**15255 S. 94th Street**<br>**Suite 604**<br>**Orland Park, IL 60462** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **County Cement**<br>**20834 Torrence Ave.**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **HSBC Office Max**<br>**PO Box**<br>**Carol Stream, IL 60197** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Drywall Taping Service**<br>**6940 W. 170th Street**<br>**Tinley Park, IL 60477** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Excel Preferred Waterproofing**<br>**6662 W. 99th Street**<br>**Chicago Ridge, IL 60415** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Chicago's Finest Ironworks**<br>**17564 Chicago Ave.**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Steel Sales & Service**<br>**17500 S. Paxon Ave.**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Homewood Glass & Mirror**<br>**2429 W. 183rd Street**<br>**Homewood, IL 60430** |

Sheet  **2**  of  **32**  continuation sheets attached to the Schedule of Codebtors

In re   **John William Davis**                                                    , Case No. _____

                                                Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Northwestern Engineering**<br>**1110 Lake COok Road**<br>**Buffalo Grove, IL 60089** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thornton Blacktop**<br>**17941 Hickory**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Home Lumber**<br>**11200 Delaware Parkway**<br>**Crown Point, IN 46307** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Topline Cartage**<br>**PO Box 5320**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **JC Builders**<br>**3037 46th Street**<br>**Highland, IN 46322** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Passarp & Kahne**<br>**2900 S. State St.**<br>**Suite 3 East**<br>**Saint Joseph, MI 49085** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Michael R. Keith & Associates**<br>**PO Box 5547**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Champion Lawn**<br>**15911 S. Codo Drive**<br>**Homer Glen, IL 60491** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Kreykes Electric**<br>**2152 Glenwood-Dyer Road**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Lillie's Decorating, Inc.**<br>**4927 W. 154th Street**<br>**Oak Forest, IL 60452** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Linden Group, Inc.**<br>**900 Ridge Road**<br>**Homewood, IL 60430** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **M&M Roofing**<br>**3488 Eagle Nest Drive**<br>**Crete, IL 60417** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Grand Designs**<br>**820 Wenonah**<br>**Oak Park, IL 60304** |

Sheet   **3**   of   **32**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **John William Davis**                                            ,   Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Valeview**<br>**646 Pleasant Trail**<br>**Frankfort, IL 60423-9515** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **VM Masonry**<br>**546 Illinois Road**<br>**Frankfort, IL 60423** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Jackson/Lewis Attorneys**<br>**820 W. Ohio Street**<br>**Suite 500**<br>**Chicago, IL 60610** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Bruene Construction**<br>**3438 193rd Street**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Amber Construction**<br>**Alderbrook Ct.**<br>**Crown Point, IN 46307** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Nolan Electric**<br>**PO Box 564**<br>**Orland Park, IL 60462** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Robert Nowicki & Associates**<br>**17844 Chappel Ave.**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Don Peelman**<br>**19533 Lake Shore Drive**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Tom Koerner**<br>**14221 S. Kedzie Ave.**<br>**Suite 3**<br>**Blue Island, IL 60406** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Pyramid Contractors**<br>**PO Box 125**<br>**Dyer, IN 46311** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Phil Riley Architects**<br>**12833 S. Harlem**<br>**Palos Heights, IL 60463** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Robinson Engineering**<br>**1700 S. Park Ave.**<br>**South Holland, IL 60473** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Sikma Plumbing**<br>**1836 Lake Street**<br>**Dyer, IN 46311** |

Sheet __4__ of __32__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John William Davis**
,                          Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Straightline Excavating**<br>**19544 Burnham**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Oak Tree Service**<br>**PO Box 1283**<br>**Bridgeview, IL 60455** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Wiltjer Excavating**<br>**18317 Harper**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Lorenz Appliances**<br>**18320 Governors Hwy.**<br>**Homewood, IL 60430** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Pyramid Alarm**<br>**PO Box 391**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **RY Properties**<br>**18255 Burnham**<br>**Suite 3**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Siriano Real Estate, LLC**<br>**2251 N. Riverside Road**<br>**Benton Harbor, MI 49022** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thorn Creek Sanitary District**<br>**PO Box 403**<br>**Chicago Heights, IL 60412** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thomas Luscomb**<br>**920 W. 175th Street**<br>**Suite 1**<br>**Homewood, IL 60430** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **K&S Engineering**<br>**9715 Kennedy Ave.**<br>**Highland, IN 46322** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Hazelcrest**<br>**3000 170th Street**<br>**Hazel Crest, IL 60429** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Crestwood**<br>**13840 S. Cicero**<br>**Midlothian, IL 60445** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thornton Township**<br>**333 E. 162nd Street**<br>**South Holland, IL 60473** |

Sheet   **5**   of   **32**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re     **John William Davis**                                                    , Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **RSM McGladrey**<br>**1 S. Wacker Drive**<br>**Suite 800**<br>**Chicago, IL 60616-1921** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **D/S2 Adverstising**<br>**10624 Great Egret Drive**<br>**Orland Park, IL 60467** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Economy Signs**<br>**546 Conkey Street**<br>**Hammond, IN 46324** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Edward Hines Lumber Co.**<br>**PO Box 28**<br>**Mokena, IL 60448** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **JC Concrete**<br>**4019 M139**<br>**Saint Joseph, MI 49085** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **J Lewis Electric**<br>**5373 Long Lake Road**<br>**Bangor, MI 49013** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Highgrove HOA**<br>**11 Pembrook Court**<br>**Flossmoor, IL 60422** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Richard Dibble Concrete**<br>**5655 Beechwood Drive**<br>**Coloma, MI 49038** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Mike's Well Drilling**<br>**6606 E. Beecht Road**<br>**Coloma, MI 49038** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Foran Glennon Palandech & Ponzi, PC**<br>**150 S. Wacker Drive**<br>**Suite 1100**<br>**Chicago, IL 60606** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Creekside Pointe HOA**<br>**2495 Spruce Lane**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Omega Steel**<br>**1640 E. Main Street**<br>**Griffith, IN 46319** |

Sheet   **6**   of   **32**   continuation sheets attached to the Schedule of Codebtors

In re    **John William Davis**                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **American Express**<br>**AESC-P**<br>**20022 N. 31st Ave.**<br>**Phoenix, AZ 85027** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Indiana Michigan Power**<br>**PO Box 24407**<br>**Canton, OH 44701-4407** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Herb Swan**<br>**M63 Properties. LLC**<br>**1051 West Hibbard Road**<br>**Owosso, MI 48867** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **CJ Insulation, Inc.**<br>**305 Wheaton Drive**<br>**Yorkville, IL 60560** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Weichert Realtors**<br>**Martke Group**<br>**3838 Niles Road**<br>**Saint Joseph, MI 49085** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Prestige Lighting**<br>**2512 Ridge Road**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Huizenga Stairs**<br>**2605 Garfield Ave.**<br>**Lansing, IL 60438** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Laughlin & Assoiates**<br>**2533 North Carson Street**<br>**Carson City, NV 89706** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Aqua Illinois, Inc.**<br>**762 W. Lancaster Ave.**<br>**Bryn Mawr, PA 19010-3489** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Nicor Gas**<br>**c/o NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Metropolitan Water Reclaimation**<br>**District**<br>**100 E. Erie Street**<br>**Chicago, IL 60611-3154** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Contract Callers, Inc.**<br>**PO Box 212489**<br>**Augusta, GA 30917-2489** |

Sheet   **7**   of   **32**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John William Davis** _____,   Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Ronald Linton**<br>**21710 Peterson Ave.**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Ronald A. Madden**<br>**3800 W. 216th Street**<br>**Matteson, IL 60443** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Keri Coleman**<br>**1 Hampton Court**<br>**Flossmoor, IL 60422** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **The Stovalls**<br>**20131 Park Ave.**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **The Streeters**<br>**21078 Willow**<br>**Chicago Heights, IL 60411** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **The Sellers**<br>**2836 W. 142nd Place**<br>**Blue Island, IL 60406** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Pabco Services. LLC**<br>**1136 Fallbrook Trail**<br>**Allegan, MI 49010** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Wilson Residence**<br>**2912 W. 142nd Place**<br>**Blue Island, IL 60406** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Vacant Property Security**<br>**329 West 18th Street**<br>**Suite 714**<br>**Chicago, IL 60616** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Citizens Bank**<br>**328 South Saginaw St**<br>**Mail code #002064**<br>**Flint, MI 48502** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Marine Services Corp.**<br>**14001 Cottage Grove**<br>**Dolton, IL 60419** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Frank Turpin**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Jane Turpin**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |

Sheet __**8**__ of __**32**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John William Davis**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Brenda Turpin**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Earl Ave. Associates**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **B&L Consulting**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **F&J Insurance Co.**<br>**114 Earl Ave.**<br>**Lafayette, IN 47904-3155** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Corporation Service Co.**<br>**2711 Centerville Rd.**<br>**Wilmington, DE 19808** |
| **Davis Development Corp.**<br>**PO Box 832**<br>**Lansing, IL 60438** | **VPS Security**<br>**329 West 18th Street**<br>**Chicago, IL 60616** |
| **Homebouys Illinois, LLC**<br>**920 W. 175th Street**<br>**Homewood, IL 60430** | **Marine Services Corp.**<br>**14001 Cottage Grove**<br>**Dolton, IL 60419** |
| **Homebouys Illinois, LLC**<br>**920 W. 175th Street**<br>**Homewood, IL 60430** | **Citizens Bank**<br>**328 South Saginaw St**<br>**Mail code #002064**<br>**Flint, MI 48502** |
| **HomeBuoys Illinois, LLC**<br>**920 W. 175th Street**<br>**Homewood, IL 60430** | **Basa's Marine, Inc.**<br>**512 E. North Frontage Road**<br>**Bolingbrook, IL 60440** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **American Express**<br>**AESC-P**<br>**20022 N. 31st Ave.**<br>**Phoenix, AZ 85027** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **American Express**<br>**AESC-P**<br>**20022 N. 31st Ave.**<br>**Phoenix, AZ 85027** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **American Express**<br>**AESC-P**<br>**20022 N. 31st Ave.**<br>**Phoenix, AZ 85027** |

Sheet __9__ of __32__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **John William Davis**                                                    , Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Aqua Illinois, Inc.**<br>**762 W. Lancaster Ave.**<br>**Bryn Mawr, PA 19010-3489** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **AR-BEDoors**<br>**7211 South Lockwood**<br>**Chicago, IL 60638** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Basa's Marine, Inc.**<br>**512 E. North Frontage Road**<br>**Bolingbrook, IL 60440** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Bruene Construction**<br>**3438 193rd Street**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Bruggeman, Hurst & Associates**<br>**20012 Wolfe Road**<br>**Mokena, IL 60448** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Capital One**<br>**c/o TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Carpet Plus**<br>**7260 W. 159th Street**<br>**Orland Park, IL 60462** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Champion Lawn**<br>**15911 S. Codo Drive**<br>**Homer Glen, IL 60491** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Chicago Title Insurance**<br>**15255 S. 94th Street**<br>**Suite 604**<br>**Orland Park, IL 60462** |

Sheet   **10**   of   **32**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **John William Davis**                                            ,    Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Chicago's Finest Ironworks**<br>**17564 Chicago Ave.**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Citizens Bank**<br>**328 South Saginaw St**<br>**Mail code #002064**<br>**Flint, MI 48502** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Blue Island**<br>**13051 S. Greenwood Ave.**<br>**Blue Island, IL 60406** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Chicago Heights**<br>**1601 Chicago Road**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Coloma**<br>**119 N. Paw Paw Street**<br>**PO Box 329**<br>**Coloma, MI 49038** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Crestwood**<br>**13840 S. Cicero**<br>**Midlothian, IL 60445** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **CJ Insulation, Inc.**<br>**305 Wheaton Drive**<br>**Yorkville, IL 60560** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **ComEd**<br>**Customer Care Center**<br>**PO Box 87522**<br>**Chicago, IL 60680** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Contract Callers, Inc.**<br>**PO Box 212489**<br>**Augusta, GA 30917-2489** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Cory & Associates**<br>**151 E. 22ne St. East Wing**<br>**Lombard, IL 60148** |

Sheet __**11**__ of __**32**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John William Davis**                                              ,   Case No. _____

                                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **County Cement**<br>**20834 Torrence Ave.**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Creekside Pointe HOA**<br>**2495 Spruce Lane**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **D/S2 Adverstising**<br>**10624 Great Egret Drive**<br>**Orland Park, IL 60467** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Design Line**<br>**23497 Highway 92**<br>**Prophetstown, IL 61277-6876** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Don Peelman**<br>**19533 Lake Shore Drive**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Drywall Taping Service**<br>**6940 W. 170th Street**<br>**Tinley Park, IL 60477** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Economy Signs**<br>**546 Conkey Street**<br>**Hammond, IN 46324** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Edward Hines Lumber Co.**<br>**PO Box 28**<br>**Mokena, IL 60448** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Excel Preferred Waterproofing**<br>**6662 W. 99th Street**<br>**Chicago Ridge, IL 60415** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Julio Montes**<br>**c/o Father & Son Flooring**<br>**2446 W. Pensacola**<br>**Chicago, IL 60618** |

Sheet  __**12**__  of  __**32**__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    __John William Davis_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | Foran Glennon Palandech & Ponzi, PC<br>150 S. Wacker Drive<br>Suite 1100<br>Chicago, IL 60606 |
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | Grand Designs<br>820 Wenonah<br>Oak Park, IL 60304 |
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | Hagar Township<br>3900 Riverside Road<br>Riverside, MI 49084 |
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | Herb Swan<br>M63 Properties. LLC<br>1051 West Hibbard Road<br>Owosso, MI 48867 |
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | Highgrove HOA<br>11 Pembrook Court<br>Flossmoor, IL 60422 |
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | Home Lumber<br>11200 Delaware Parkway<br>Crown Point, IN 46307 |
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | Homewood Glass & Mirror<br>2429 W. 183rd Street<br>Homewood, IL 60430 |
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | HSBC Office Max<br>PO Box<br>Carol Stream, IL 60197 |
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | Huizenga Stairs<br>2605 Garfield Ave.<br>Lansing, IL 60438 |
| J&T Homes<br>c/o Davis Development<br>PO Box 832<br>Lansing, IL 60438 | Indiana Michigan Power<br>PO Box 24407<br>Canton, OH 44701-4407 |

Sheet __13__ of __32__ continuation sheets attached to the Schedule of Codebtors

In re  **John William Davis**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **J Lewis Electric**<br>**5373 Long Lake Road**<br>**Bangor, MI 49013** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Jackson/Lewis Attorneys**<br>**820 W. Ohio Street**<br>**Suite 500**<br>**Chicago, IL 60610** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **JC Builders**<br>**3037 46th Street**<br>**Highland, IN 46322** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **JC Concrete**<br>**4019 M139**<br>**Saint Joseph, MI 49085** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **K&S Engineering**<br>**9715 Kennedy Ave.**<br>**Highland, IN 46322** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Keri Coleman**<br>**1 Hampton Court**<br>**Flossmoor, IL 60422** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Kreykes Electric**<br>**2152 Glenwood-Dyer Road**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Laughlin & Assoiates**<br>**2533 North Carson Street**<br>**Carson City, NV 89706** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Lillie's Decorating, Inc.**<br>**4927 W. 154th Street**<br>**Oak Forest, IL 60452** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Linden Group, Inc.**<br>**900 Ridge Road**<br>**Homewood, IL 60430** |

Sheet __**14**__ of __**32**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **John William Davis**                                                    ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Lorenz Appliances**<br>**18320 Governors Hwy.**<br>**Homewood, IL 60430** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **M&M Roofing**<br>**3488 Eagle Nest Drive**<br>**Crete, IL 60417** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Marine Services Corp.**<br>**14001 Cottage Grove**<br>**Dolton, IL 60419** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Metropolitan Water Reclamation**<br>**District**<br>**100 E. Erie Street**<br>**Chicago, IL 60611-3154** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Michael R. Keith & Associates**<br>**PO Box 5547**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Mike's Well Drilling**<br>**6606 E. Beecht Road**<br>**Coloma, MI 49038** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Nicor**<br>**P.O. Box 190**<br>**Aurora, IL 60568-0001** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Nicor Gas**<br>**c/o NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Nolan Electric**<br>**PO Box 564**<br>**Orland Park, IL 60462** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Northwestern Engineering**<br>**1110 Lake COok Road**<br>**Buffalo Grove, IL 60089** |

Sheet   __15__ of __32__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John William Davis**                                              ,   Case No. _____
                                   Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Oak Tree Service**<br>**PO Box 1283**<br>**Bridgeview, IL 60455** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Omega Steel**<br>**1640 E. Main Street**<br>**Griffith, IN 46319** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Pabco Services. LLC**<br>**1136 Fallbrook Trail**<br>**Allegan, MI 49010** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Palos Bank & Trust**<br>**12600 S. Harlem Ave.**<br>**Palos Heights, IL 60463** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Passarp & Kahne**<br>**2900 S. State St.**<br>**Suite 3 East**<br>**Saint Joseph, MI 49085** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Peoples Gas**<br>**130 E. Randolph Street**<br>**Chicago, IL 60601** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Phil Riley Architects**<br>**12833 S. Harlem**<br>**Palos Heights, IL 60463** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Prestige Lighting**<br>**2512 Ridge Road**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Pyramid Alarm**<br>**PO Box 391**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Pyramid Contractors**<br>**PO Box 125**<br>**Dyer, IN 46311** |

Sheet __16__ of __32__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    __John William Davis_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Richard Dibble Concrete**<br>**5655 Beechwood Drive**<br>**Coloma, MI 49038** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Robert Nowicki & Associates**<br>**17844 Chappel Ave.**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Robinson Engineering**<br>**1700 S. Park Ave.**<br>**South Holland, IL 60473** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Ronald A. Madden**<br>**3800 W. 216th Street**<br>**Matteson, IL 60443** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Ronald Linton**<br>**21710 Peterson Ave.**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **RSM McGladrey**<br>**1 S. Wacker Drive**<br>**Suite 800**<br>**Chicago, IL 60616-1921** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **RY Properties**<br>**18255 Burnham**<br>**Suite 3**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **S.C.E.Milgard Windows**<br>**195 Exchange Boulevard**<br>**PO Box 4920**<br>**IL 60319** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Sikma Plumbing**<br>**1836 Lake Street**<br>**Dyer, IN 46311** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Silvestri Paving and Davis Paving**<br>**11663 S. Mayfield**<br>**Alsip, IL 60803** |

Sheet   __17__   of   __32__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John William Davis**                                                                    ,      Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Siriano Real Estate, LLC**<br>**2251 N. Riverside Road**<br>**Benton Harbor, MI 49022** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Steel Sales & Service**<br>**17500 S. Paxon Ave.**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Straightline Excavating**<br>**19544 Burnham**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **The Sellers**<br>**2836 W. 142nd Place**<br>**Blue Island, IL 60406** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **The Stovalls**<br>**20131 Park Ave.**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **The Streeters**<br>**21078 Willow**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thomas Luscomb**<br>**920 W. 175th Street**<br>**Suite 1**<br>**Homewood, IL 60430** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thorn Creek Sanitary District**<br>**PO Box 403**<br>**Chicago Heights, IL 60412** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thornton Blacktop**<br>**17941 Hickory**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thornton Township**<br>**333 E. 162nd Street**<br>**South Holland, IL 60473** |

Sheet  __18__  of  __32__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re    **John William Davis**                                                          , Case No. _____
                                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Tom Koerner**<br>**14221 S. Kedzie Ave.**<br>**Suite 3**<br>**Blue Island, IL 60406** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Topline Cartage**<br>**PO Box 5320**<br>**Lansing, IL 60438** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Frank Turpin**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Jane Turpin**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Brenda Turpin**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Earl Ave. Associates**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **B&L Consulting**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **F&J Insurance Co.**<br>**114 Earl Ave.**<br>**Lafayette, IN 47904-3155** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Vacant Property Security**<br>**329 West 18th Street**<br>**Suite 714**<br>**Chicago, IL 60616** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Valeview**<br>**646 Pleasant Trail**<br>**Frankfort, IL 60423-9515** |

Sheet __**19**__ of __**32**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John William Davis**                                                                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Hazelcrest**<br>**3000 170th Street**<br>**Hazel Crest, IL 60429** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Lynwood**<br>**21460 Lincoln Hwy.**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Matteson**<br>**4900 VIllage Commons**<br>**Matteson, IL 60443** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Robbins**<br>**3327 W. 137th Street**<br>**Robbins, IL 60472** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Sauk Village**<br>**21701 Torrence Avenue**<br>**Chicago Heights, IL 60411** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **VM Masonry**<br>**546 Illinois Road**<br>**Frankfort, IL 60423** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Weichert Realtors**<br>**Martke Group**<br>**3838 Niles Road**<br>**Saint Joseph, MI 49085** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Wightman & Associates**<br>**2303 Pipestone Road**<br>**Benton Harbor, MI 49022** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Wilson Residence**<br>**2912 W. 142nd Place**<br>**Blue Island, IL 60406** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Wiltjer Excavating**<br>**18317 Harper**<br>**Lansing, IL 60438** |

Sheet   __**20**__   of   __**32**__   continuation sheets attached to the Schedule of Codebtors

In re   **John William Davis**                             ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Corporation Service Co.**<br>**2711 Centerville Rd.**<br>**Wilmington, DE 19808** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **VPS Security**<br>**329 West 18th Street**<br>**Chicago, IL 60616** |
| **J&T Homes**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **McGuire & Sons**<br>**12250 Smiley Lane**<br>**Alsip, IL 60803** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **American Express**<br>**AESC-P**<br>**20022 N. 31st Ave.**<br>**Phoenix, AZ 85027** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **American Express**<br>**AESC-P**<br>**20022 N. 31st Ave.**<br>**Phoenix, AZ 85027** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **American Express**<br>**AESC-P**<br>**20022 N. 31st Ave.**<br>**Phoenix, AZ 85027** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Aqua Illinois, Inc.**<br>**762 W. Lancaster Ave.**<br>**Bryn Mawr, PA 19010-3489** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **AR-BEDoors**<br>**7211 South Lockwood**<br>**Chicago, IL 60638** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Bank of America**<br>**PO Box 15184**<br>**Wilmington, DE 19850** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Basa's Marine, Inc.**<br>**512 E. North Frontage Road**<br>**Bolingbrook, IL 60440** |

Sheet  **21**  of  **32**  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **John William Davis**_____,    Case No._____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Bruene Construction**<br>**3438 193rd Street**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Bruggeman, Hurst & Associates**<br>**20012 Wolfe Road**<br>**Mokena, IL 60448** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Capital One**<br>**c/o TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Carpet Plus**<br>**7260 W. 159th Street**<br>**Orland Park, IL 60462** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Champion Lawn**<br>**15911 S. Codo Drive**<br>**Homer Glen, IL 60491** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Chicago Title Insurance**<br>**15255 S. 94th Street**<br>**Suite 604**<br>**Orland Park, IL 60462** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Chicago's Finest Ironworks**<br>**17564 Chicago Ave.**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Citizens Bank**<br>**328 South Saginaw St**<br>**Mail code #002064**<br>**Flint, MI 48502** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Blue Island**<br>**13051 S. Greenwood Ave.**<br>**Blue Island, IL 60406** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Chicago Heights**<br>**1601 Chicago Road**<br>**Chicago Heights, IL 60411** |

Sheet __**22**__ of __**32**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **John William Davis**                                              ,   Case No. _____

NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Coloma**<br>**119 N. Paw Paw Street**<br>**PO Box 329**<br>**Coloma, MI 49038** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **City of Crestwood**<br>**13840 S. Cicero**<br>**Midlothian, IL 60445** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **CJ Insulation, Inc.**<br>**305 Wheaton Drive**<br>**Yorkville, IL 60560** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **ComEd**<br>**Customer Care Center**<br>**PO Box 87522**<br>**Chicago, IL 60680** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Contract Callers, Inc.**<br>**PO Box 212489**<br>**Augusta, GA 30917-2489** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Cory & Associates**<br>**151 E. 22ne St. East Wing**<br>**Lombard, IL 60148** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **County Cement**<br>**20834 Torrence Ave.**<br>**Chicago Heights, IL 60411** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Creekside Pointe HOA**<br>**2495 Spruce Lane**<br>**Chicago Heights, IL 60411** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **D/S2 Adverstising**<br>**10624 Great Egret Drive**<br>**Orland Park, IL 60467** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Design Line**<br>**23497 Highway 92**<br>**Prophetstown, IL 61277-6876** |

Sheet __23__ of __32__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re      **John William Davis**                                                              ,      Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Don Peelman**<br>**19533 Lake Shore Drive**<br>**Chicago Heights, IL 60411** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Drywall Taping Service**<br>**6940 W. 170th Street**<br>**Tinley Park, IL 60477** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Economy Signs**<br>**546 Conkey Street**<br>**Hammond, IN 46324** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Edward Hines Lumber Co.**<br>**PO Box 28**<br>**Mokena, IL 60448** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Excel Preferred Waterproofing**<br>**6662 W. 99th Street**<br>**Chicago Ridge, IL 60415** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Julio Montes**<br>**c/o Father & Son Flooring**<br>**2446 W. Pensacola**<br>**Chicago, IL 60618** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Foran Glennon Palandech & Ponzi, PC**<br>**150 S. Wacker Drive**<br>**Suite 1100**<br>**Chicago, IL 60606** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Grand Designs**<br>**820 Wenonah**<br>**Oak Park, IL 60304** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Hagar Township**<br>**3900 Riverside Road**<br>**Riverside, MI 49084** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Herb Swan**<br>**M63 Properties. LLC**<br>**1051 West Hibbard Road**<br>**Owosso, MI 48867** |

Sheet __24__ of __32__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re    **John William Davis**                                          ,    Case No. _____
                                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Highgrove HOA**<br>**11 Pembrook Court**<br>**Flossmoor, IL 60422** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Home Lumber**<br>**11200 Delaware Parkway**<br>**Crown Point, IN 46307** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Homewood Glass & Mirror**<br>**2429 W. 183rd Street**<br>**Homewood, IL 60430** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **HSBC Office Max**<br>**PO Box**<br>**Carol Stream, IL 60197** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Huizenga Stairs**<br>**2605 Garfield Ave.**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Indiana Michigan Power**<br>**PO Box 24407**<br>**Canton, OH 44701-4407** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **J Lewis Electric**<br>**5373 Long Lake Road**<br>**Bangor, MI 49013** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Jackson/Lewis Attorneys**<br>**820 W. Ohio Street**<br>**Suite 500**<br>**Chicago, IL 60610** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **JC Builders**<br>**3037 46th Street**<br>**Highland, IN 46322** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **JC Concrete**<br>**4019 M139**<br>**Saint Joseph, MI 49085** |

Sheet __25__ of __32__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                        Best Case Bankruptcy

In re    **John William Davis**                                                                    , Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **K&S Engineering**<br>**9715 Kennedy Ave.**<br>**Highland, IN 46322** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Keri Coleman**<br>**1 Hampton Court**<br>**Flossmoor, IL 60422** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Kreykes Electric**<br>**2152 Glenwood-Dyer Road**<br>**Chicago Heights, IL 60411** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Laughlin & Assoiates**<br>**2533 North Carson Street**<br>**Carson City, NV 89706** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Lillie's Decorating, Inc.**<br>**4927 W. 154th Street**<br>**Oak Forest, IL 60452** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Linden Group, Inc.**<br>**900 Ridge Road**<br>**Homewood, IL 60430** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Lorenz Appliances**<br>**18320 Governors Hwy.**<br>**Homewood, IL 60430** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **M&M Roofing**<br>**3488 Eagle Nest Drive**<br>**Crete, IL 60417** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Marine Services Corp.**<br>**14001 Cottage Grove**<br>**Dolton, IL 60419** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Metropolitan Water Reclamation**<br>**District**<br>**100 E. Erie Street**<br>**Chicago, IL 60611-3154** |

Sheet __26__ of __32__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re    **John William Davis**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Michael R. Keith & Associates**<br>**PO Box 5547**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Mike's Well Drilling**<br>**6606 E. Beecht Road**<br>**Coloma, MI 49038** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Nicor**<br>**P.O. Box 190**<br>**Aurora, IL 60568-0001** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Nicor Gas**<br>**c/o NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Nolan Electric**<br>**PO Box 564**<br>**Orland Park, IL 60462** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Northwestern Engineering**<br>**1110 Lake COok Road**<br>**Buffalo Grove, IL 60089** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Oak Tree Service**<br>**PO Box 1283**<br>**Bridgeview, IL 60455** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Omega Steel**<br>**1640 E. Main Street**<br>**Griffith, IN 46319** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Pabco Services. LLC**<br>**1136 Fallbrook Trail**<br>**Allegan, MI 49010** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Palos Bank & Trust**<br>**12600 S. Harlem Ave.**<br>**Palos Heights, IL 60463** |

Sheet __**27**__ of __**32**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **John William Davis**                         ,    Case No. _____

                               Debtor

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Passarp & Kahne**<br>**2900 S. State St.**<br>**Suite 3 East**<br>**Saint Joseph, MI 49085** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Peoples Gas**<br>**130 E. Randolph Street**<br>**Chicago, IL 60601** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Phil Riley Architects**<br>**12833 S. Harlem**<br>**Palos Heights, IL 60463** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Prestige Lighting**<br>**2512 Ridge Road**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Pyramid Alarm**<br>**PO Box 391**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Pyramid Contractors**<br>**PO Box 125**<br>**Dyer, IN 46311** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Richard Dibble Concrete**<br>**5655 Beechwood Drive**<br>**Coloma, MI 49038** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Robert Nowicki & Associates**<br>**17844 Chappel Ave.**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Robinson Engineering**<br>**1700 S. Park Ave.**<br>**South Holland, IL 60473** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Ronald A. Madden**<br>**3800 W. 216th Street**<br>**Matteson, IL 60443** |

Sheet __**28**__ of __**32**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re      **John William Davis**                                                      , Case No. _____
                                                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Ronald Linton**<br>**21710 Peterson Ave.**<br>**Chicago Heights, IL 60411** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **RSM McGladrey**<br>**1 S. Wacker Drive**<br>**Suite 800**<br>**Chicago, IL 60616-1921** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **RY Properties**<br>**18255 Burnham**<br>**Suite 3**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **S.C.E.Milgard Windows**<br>**195 Exchange Boulevard**<br>**PO Box 4920**<br>**IL 60319** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Sikma Plumbing**<br>**1836 Lake Street**<br>**Dyer, IN 46311** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Silvestri Paving and Davis Paving**<br>**11663 S. Mayfield**<br>**Alsip, IL 60803** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Siriano Real Estate, LLC**<br>**2251 N. Riverside Road**<br>**Benton Harbor, MI 49022** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Steel Sales & Service**<br>**17500 S. Paxon Ave.**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Straightline Excavating**<br>**19544 Burnham**<br>**Chicago Heights, IL 60411** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **The Sellers**<br>**2836 W. 142nd Place**<br>**Blue Island, IL 60406** |

Sheet  __29__  of  __32__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **John William Davis**                                        ,   Case No. _____
                                                   Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **The Stovalls**<br>**20131 Park Ave.**<br>**Chicago Heights, IL 60411** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **The Streeters**<br>**21078 Willow**<br>**Chicago Heights, IL 60411** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thomas Luscomb**<br>**920 W. 175th Street**<br>**Suite 1**<br>**Homewood, IL 60430** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thorn Creek Sanitary District**<br>**PO Box 403**<br>**Chicago Heights, IL 60412** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thornton Blacktop**<br>**17941 Hickory**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Thornton Township**<br>**333 E. 162nd Street**<br>**South Holland, IL 60473** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Tom Koerner**<br>**14221 S. Kedzie Ave.**<br>**Suite 3**<br>**Blue Island, IL 60406** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Topline Cartage**<br>**PO Box 5320**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Jane Turpin**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Brenda Turpin**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |

Sheet __**30**__ of __**32**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    **John William Davis**                                          ,    Case No. _____
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Earl Ave. Associates**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **B&L Consulting**<br>**114 Earl Street**<br>**Lafayette, IN 47904-3155** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **F&J Insurance Co.**<br>**114 Earl Ave.**<br>**Lafayette, IN 47904-3155** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Vacant Property Security**<br>**329 West 18th Street**<br>**Suite 714**<br>**Chicago, IL 60616** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Valeview**<br>**646 Pleasant Trail**<br>**Frankfort, IL 60423-9515** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Hazelcrest**<br>**3000 170th Street**<br>**Hazel Crest, IL 60429** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Lynwood**<br>**21460 Lincoln Hwy.**<br>**Chicago Heights, IL 60411** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Matteson**<br>**4900 VIllage Commons**<br>**Matteson, IL 60443** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Robbins**<br>**3327 W. 137th Street**<br>**Robbins, IL 60472** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Village of Sauk Village**<br>**21701 Torrence Avenue**<br>**Chicago Heights, IL 60411** |

Sheet __31__ of __32__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **John William Davis**                                    ,     Case No. _____
                                  Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **VM Masonry**<br>**546 Illinois Road**<br>**Frankfort, IL 60423** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Weichert Realtors**<br>**Martke Group**<br>**3838 Niles Road**<br>**Saint Joseph, MI 49085** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Wightman & Associates**<br>**2303 Pipestone Road**<br>**Benton Harbor, MI 49022** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Wilson Residence**<br>**2912 W. 142nd Place**<br>**Blue Island, IL 60406** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Wiltjer Excavating**<br>**18317 Harper**<br>**Lansing, IL 60438** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **Corporation Service Co.**<br>**2711 Centerville Rd.**<br>**Wilmington, DE 19808** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **VPS Security**<br>**329 West 18th Street**<br>**Chicago, IL 60616** |
| **JWD Construction**<br>**c/o Davis Development**<br>**PO Box 832**<br>**Lansing, IL 60438** | **McGuire & Sons**<br>**12250 Smiley Lane**<br>**Alsip, IL 60803** |
| **Thomas G. Koerner**<br>**C/O J&T Group**<br>**14221 Kedzie Ave.**<br>**Blue Island, IL 60406** | **American Home Mtg Srv**<br>**Attn: Bankruptcy**<br>**4600 Regent Blvd**<br>**Irving, TX 75063** |
| **Thomas G. Koerner**<br>**C/O J&T Group**<br>**14221 Kedzie Ave**<br>**Blue Island, IL 60406** | **Citizens Bank**<br>**328 South Saginaw St**<br>**Mail code #002064**<br>**Flint, MI 48502** |

Sheet __**32**__ of __**32**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __John William Davis_____        Case No. _____
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Home Builder** | |
| Name of Employer | **J&W Construction** | |
| How long employed | **12 years** | |
| Address of Employer | **PO Box 832** **Lansing, IL 60438** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **N/A** |
| 2. Estimate monthly overtime | | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **0.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | |
| 11. Social security or government assistance (Specify): **Social Security benefits** | $ | **1,640.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,640.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **1,640.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **1,640.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **John William Davis** _____   Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,597.00 |
| a. Are real estate taxes included?   Yes ___   No **X** | | |
| b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 200.00 |
| d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 400.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 75.00 |
| c. Health | $ | 355.00 |
| d. Auto | $ | 100.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |
| Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,852.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,640.00 |
| b.   Average monthly expenses from Line 18 above | $ | 3,852.00 |
| c.   Monthly net income (a. minus b.) | $ | -2,212.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John William Davis**                                          Case No. _____

_____ Debtor(s)     Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **72** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 11, 2009** _____     Signature    **/s/ John William Davis** _____

**John William Davis**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John William Davis**
_____

Debtor(s)

Case No. _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2009 Year to date. No income from employment.** |
| **$12,000.00** | **2008: Debtor Debtor J&W Construction** |
| **$50,000.00** | **2007: Debtor Debtor J&W Construction** |

2

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$4,930.00** | **Social Security benefits.** |
| **$61,103.00** | **Capital gain for tax year 2007.** |
| **$3,390.00** | **State of Illinois tax refund for 2007.** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **First National Bank of Illinois 3256 Ridge Road Lansing, IL 60438** | **May 1, 2009** | **Agreement for Deed in Lieu of Foreclosure executed by debtor on May 1, 2009 for property legally described as: Lots 28 and 29 of Hillview Park according to the plat thereof and recorded in Liber 9 of Plats, Page 24 of Berrien County Records, situated in the County of Berrien, Township of Hagar, State of Michigan. Real Property Tax ID # 11-10-3190-0028-00-00 commonly known as 3127 Springbrook Drive, Coloma, MI 49038.** |
| **First National Bank of Illinois 3256 Ridge Road Lansing, IL 60438** | **April 29, 2009** | **Agreement for Deed in Lieu of Foreclosure executed by debtor on April 29, 2009 for property legally described as: LOT 14IN GREENBRIAR SUBDIVISION, BEING A SUBDIVISION IN SECTION 3, TOWNSHIP 34 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPLE MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED NOVEMBER 12, 1964 AS DOCUMENT NO. 10222201, ALL IN WILL COUNTY ILLINOIS. PIN: 15-03-302-004-0000 commonly known as 490 Greenbriar Drive, Crete, Illinois 60417.** |

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Foster, Kallen & Smith**<br>**3825 W. 192nd Street**<br>**Homewood, IL 60430** | **April 2009** | **$5,000** |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Joe Rizza Ford Porsche**<br>**8100 West 159th Street**<br>**Orland Park, IL 60462**<br>    **None** | **September 25, 2008** | **Sale: 2006 Porsche Cayman S.  VIN# WPOAB29876U781457.**<br>**Sale price: $34,000.**<br>**Payoff to secured creditor Harris Bank: $32,332.59.**<br>**Check issued to Debtor: $1,667.41** |
| **F&J Insurance Co., Inc.**<br>**114 Earl Ave.**<br>**Lafayette, IN 47904-3155**<br>    **Investment Advisor Profit Sharing Plan** | **October 27, 2008** | **Quit Claim Deed for vacant land located in the Township of Hagar, Berrien County Michigan: Property Numbers 11-10-3190-0024-00-4 and 11-10-3190-0025-01-9**<br>**Property Address: 5151 & 5159 Fikes, Coloma, MI 49038**<br>**$25,000** |
| **Agata Kaluza**<br>**3430 Carol Lane**<br>**Northbrook, IL 60062**<br>    **Purchaser** | **9/13/2007** | **Lots(s) 3548 through 3552, Inclusive of Lake Michigan Beach No. 1 according to the plat thereof recorded in Liber of Plats, Page 5 of Berrien County Records.**<br>**Property ID#: 11-10-4550-3548-00-6**<br>**Property Address: 6205 Washington Street, Coloma, MI 49038**<br>**$12,500** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

5

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First National Bank of Ilinois 3256 Ridge Road Lansing, IL 60438** | **Savings account.** | **$2,507.49. April 30, 2009.** |
| **First National Bank of Illinois 3256 Ridge Road Lansing, IL 60438** | **Checking account. $123.63** | **$123.63. April 30,2009.** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **665 W. 15th Place Chicago Heights, IL 60411** | **John W. Davis** | **3/1/2003 to 9/1/2006** |

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Davis Development Corporation | 36-4099893 | | Homebuilding, General Contracting and Land Development. | 7/30/1996 to present. |
| JWD Construction | 36-4322061 | | Construction Management. | 9/16/1999 to present. |
| Homes By Davis | 20-3653711 | | Marketing & Sales for Davis Development Corporation | 10/12/2005 to present. |
| Chabot Venture, LLC | 6311 | | Michigan LLC holding vacant acreage in Michigan. | 6/7/2007 to present. |
| JWD Venture, LLC | 6311 | | Michigan LLC holding vacant acreage in Michigan. | 1/16/2007 to present. |
| Home Buoys, LLC | Unknown | | Holding company with single asset - 42' Royal Commodore boat. | |
| J&T Homes, LLC | Unknown | | 50% ownership interest. Land purchasing and building and development and sale of homes. | Unknown |
| T&J, Limited Partnership | Unknown | | Sale and lease back of model homes. | Unknown |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

8

**19. Books, records and financial statements**

None □     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **RSM McGladrey, Inc.**<br>**1 South Wacker Drive**<br>**Suite 800**<br>**Chicago, IL 60606-3392** | **2005 to present.** |

None □     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| **RSM McGladrey** | **1 South Wacker Drive**<br>**Suite 800**<br>**Chicago, IL 60606-3392** | **2005 to present.** |

None □     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **RSM McGladrey**<br>**Debtor may have some materials as well.** | **1 South Wacker Drive**<br>**SUite 800**<br>**Chicago, IL 60606-3392** |

None □     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| **1st National Bank of Illinois**<br>**3256 Ridge Road**<br>**Lansing, IL 60438** | **Spring 2008** |
| **Palos Bank & Trust**<br>**12600 South Harlem Avenue**<br>**Palos Heights, IL 60463** | **Spring 2008** |

**20. Inventories**

None ■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None ■     b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
| --- | --- |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **May 11, 2009**                    Signature **/s/ John William Davis**

**John William Davis**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John William Davis**                                                                     Case No. _____

                                            Debtor(s)          Chapter   **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

**Property No. 1**

| **Creditor's Name:**<br>**American Home Mtg Srv** | **Describe Property Securing Debt:**<br>**50% ownership interest in house located at 18 Pembrook, Flossmoor, IL 60422** |
|---|---|

Property will be (check one):

■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                    ■ Not claimed as exempt

---

**Property No. 2**

| **Creditor's Name:**<br>**Indymac Bank** | **Describe Property Securing Debt:**<br>**Location: 2832 Chayes Park Drive, Flossmoor IL** |
|---|---|

Property will be (check one):

■ Surrendered                ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                               Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Financial Services** | **Describe Property Securing Debt:**<br>**2007 Toyota Tundra, Vin#5TBDV58147S474949.**<br>**Location: 2832 Chayes Park Drive, Flossmoor IL** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES            ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   __**May 11, 2009**__              Signature   __**/s/ John William Davis**__

                                                    **John William Davis**
                                                    Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **John William Davis**

_____    Case No. _____

Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept................................................................    $ _____ **5,000.00**

    Prior to the filing of this statement I have received.................................................    $ _____ **5,000.00**

    Balance Due................................................................................................................    $ _____ **0.00**

2.  $ **299.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 11, 2009**    **/s/ Chester H. Foster, Jr. ARDC#**
_____    **Chester H. Foster, Jr. ARDC# 03122632**
    **Foster, Kallen & Smith**
    **3825 W. 192nd Street**
    **Homewood, IL 60430**
    **708-799-6300  Fax: 708-799-6339**
    **chf@fosterkallen.com**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Chester H. Foster, Jr. ARDC# 03122632 | X /s/ Chester H. Foster, Jr. ARDC# | May 11, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**3825 W. 192nd Street**
**Homewood, IL 60430**
**708-799-6300**
**chf@fosterkallen.com**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| John William Davis | X /s/ John William Davis | May 11, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| Case No. (if known) _____ | X _____ | |
|---|---|---|
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **John William Davis**

_____   Case No. _____
                                Debtor(s)    Chapter   **7**   _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____   **138**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 11, 2009**

_____        **/s/ John William Davis**
                               _____
                               **John William Davis**
                               Signature of Debtor

Abonmarche
95 W. Main Street
PO Box 1088
Benton Harbor, MI 49022


Amber Construction
 Alderbrook Ct.
Crown Point, IN 46307


American Express
AESC-P
20022 N. 31st Ave.
Phoenix, AZ 85027


American Home Mtg Srv
Attn: Bankruptcy
4600 Regent Blvd
Irving, TX 75063


Aqua Illinois, Inc.
762 W. Lancaster Ave.
Bryn Mawr, PA 19010-3489


AR-BEDoors
7211 South Lockwood
Chicago, IL 60638


B&L Consulting
114 Earl Street
Lafayette, IN 47904-3155


Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro, NC 27410


Bank of America
PO Box 15184
Wilmington, DE 19850


Basa's Marine, Inc.
512 E. North Frontage Road
Bolingbrook, IL 60440

Brenda Turpin
114 Earl Street
Lafayette, IN 47904-3155


Bruene Construction
3438 193rd Street
Lansing, IL 60438


Bruggeman, Hurst & Associates
20012 Wolfe Road
Mokena, IL 60448


Capital 1 Bank
Attn: C/O TSYS Debt Management
Po Box 5155
Norcross, GA 30091


Capital Management Services, LLP
726 Exchange Street
Suite 700
Buffalo, NY 14210


Capital One
c/o TSYS Debt Management
PO Box 5155
Norcross, GA 30091


Carpet Plus
7260 W. 159th Street
Orland Park, IL 60462


Champion Lawn
15911 S. Codo Drive
Homer Glen, IL 60491


Chase
Attn: Bankruptcy Dept
Po Box 100018
Kennesaw, GA 30156


Chicago Title Insurance
15255 S. 94th Street
Suite 604
Orland Park, IL 60462

Chicago's Finest Ironworks
17564 Chicago Ave.
Lansing, IL 60438


Citi
Po Box 6241
Sioux Falls, SD 57117


Citizens Bank
328 South Saginaw St
Mail code #002064
Flint, MI 48502


City of Blue Island
13051 S. Greenwood Ave.
Blue Island, IL 60406


City of Chicago Heights
1601 Chicago Road
Chicago Heights, IL 60411


City of Coloma
119 N. Paw Paw Street
PO Box 329
Coloma, MI 49038


City of Crestwood
13840 S. Cicero
Midlothian, IL 60445


CJ Insulation, Inc.
305 Wheaton Drive
Yorkville, IL 60560


ComEd
Customer Care Center
PO Box 87522
Chicago, IL 60680


Contract Callers, Inc.
PO Box 212489
Augusta, GA 30917-2489

Corporation Service Co.
2711 Centerville Rd.
Wilmington, DE 19808


Cory & Associates
151 E. 22ne St. East Wing
Lombard, IL 60148


County Cement
20834 Torrence Ave.
Chicago Heights, IL 60411


Creekside Pointe HOA
2495 Spruce Lane
Chicago Heights, IL 60411


D/S2 Adverstising
10624 Great Egret Drive
Orland Park, IL 60467


Davis Development Corp
PO Box 832
Lansing, IL 60438


Davis Development Corp.
PO Box 832
Lansing, IL 60438


Design Line
23497 Highway 92
Prophetstown, IL 61277-6876


Discover Fin
Attention: Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Don Peelman
19533 Lake Shore Drive
Chicago Heights, IL 60411


Drywall Taping Service
6940 W. 170th Street
Tinley Park, IL 60477

Earl Ave. Associates
114 Earl Street
Lafayette, IN 47904-3155


Economy Signs
546 Conkey Street
Hammond, IN 46324


Edward Hines Lumber Co.
PO Box 28
Mokena, IL 60448


Excel Preferred Waterproofing
6662 W. 99th Street
Chicago Ridge, IL 60415


F&J Insurance Co.
114 Earl Ave.
Lafayette, IN 47904-3155


First National Bank Lansing
3256 Ridge Rd
Lansing, IL 60438


First National Bank of Illinois
3256 Ridge Road
Lansing, IL 60438


Foran Glennon Palandech & Ponzi, PC
150 S. Wacker Drive
Suite 1100
Chicago, IL 60606


Frank Turpin
114 Earl Street
Lafayette, IN 47904-3155


Grand Designs
820 Wenonah
Oak Park, IL 60304


Hagar Township
3900 Riverside Road
Riverside, MI 49084

Herb Swan
M63 Properties. LLC
1051 West Hibbard Road
Owosso, MI 48867


Highgrove HOA
11 Pembrook Court
Flossmoor, IL 60422


Home Lumber
11200 Delaware Parkway
Crown Point, IN 46307


Homebouys Illinois, LLC
920 W. 175th Street
Homewood, IL 60430


HomeBuoys Illinois, LLC
920 W. 175th Street
Homewood, IL 60430


Homewood Glass & Mirror
2429 W. 183rd Street
Homewood, IL 60430


HSBC Office Max
PO Box
Carol Stream, IL 60197


Huizenga Stairs
2605 Garfield Ave.
Lansing, IL 60438


Indiana Michigan Power
PO Box 24407
Canton, OH 44701-4407


Indymac Bank
7700 W Parmer Ln
Bldg D 2nd Floor
Austin, TX 78729


J Lewis Electric
5373 Long Lake Road
Bangor, MI 49013

J&T Homes
c/o Davis Development
PO Box 832
Lansing, IL 60438


Jackson/Lewis Attorneys
820 W. Ohio Street
Suite 500
Chicago, IL 60610


Jane Turpin
114 Earl Street
Lafayette, IN 47904-3155


JC Builders
3037 46th Street
Highland, IN 46322


JC Concrete
4019 M139
Saint Joseph, MI 49085


Julio Montes
c/o Father & Son Flooring
2446 W. Pensacola
Chicago, IL 60618


JWD Construction
c/o Davis Development
PO Box 832
Lansing, IL 60438


K&S Engineering
9715 Kennedy Ave.
Highland, IN 46322


Keri Coleman
1 Hampton Court
Flossmoor, IL 60422


Kreykes Electric
2152 Glenwood-Dyer Road
Chicago Heights, IL 60411

Laughlin & Assoiates
2533 North Carson Street
Carson City, NV 89706


Lillie's Decorating, Inc.
4927 W. 154th Street
Oak Forest, IL 60452


Linden Group, Inc.
900 Ridge Road
Homewood, IL 60430


Lorenz Appliances
18320 Governors Hwy.
Homewood, IL 60430


M&M Roofing
3488 Eagle Nest Drive
Crete, IL 60417


Marine Services Corp.
14001 Cottage Grove
Dolton, IL 60419


McGuire & Sons
12250 Smiley Lane
Alsip, IL 60803


Metropolitan Water Reclaimation
District
100 E. Erie Street
Chicago, IL 60611-3154


Michael R. Keith & Associates
PO Box 5547
Lansing, IL 60438


Mike's Well Drilling
6606 E. Beecht Road
Coloma, MI 49038


NCO Financial Suystems
507 Prudential Toad
Horsham, PA 19044

Nicor
P.O. Box 190
Aurora, IL 60568-0001


Nicor Gas
c/o NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Nolan Electric
PO Box 564
Orland Park, IL 60462


Northwestern Engineering
1110 Lake COok Road
Buffalo Grove, IL 60089


Oak Tree Service
PO Box 1283
Bridgeview, IL 60455


Omega Steel
1640 E. Main Street
Griffith, IN 46319


Pabco Services. LLC
1136 Fallbrook Trail
Allegan, MI 49010


Palos Bank & Trust
12600 S. Harlem Ave.
Palos Heights, IL 60463


Passarp & Kahne
2900 S. State St.
Suite 3 East
Saint Joseph, MI 49085


Peoples Gas
130 E. Randolph Street
Chicago, IL 60601


Phil Riley Architects
12833 S. Harlem
Palos Heights, IL 60463

Prestige Lighting
2512 Ridge Road
Lansing, IL 60438


Pyramid Alarm
PO Box 391
Lansing, IL 60438


Pyramid Contractors
PO Box 125
Dyer, IN 46311


Receivables Performance Management
20816 44th Ave.
Lynnwood, WA 98036


Richard Dibble Concrete
5655 Beechwood Drive
Coloma, MI 49038


Robert Nowicki & Associates
17844 Chappel Ave.
Lansing, IL 60438


Robinson Engineering
1700 S. Park Ave.
South Holland, IL 60473


Ronald A. Madden
3800 W. 216th Street
Matteson, IL 60443


Ronald Linton
21710 Peterson Ave.
Chicago Heights, IL 60411


RSM McGladrey
1 S. Wacker Drive
Suite 800
Chicago, IL 60616-1921


RY Properties
18255 Burnham
Suite 3
Lansing, IL 60438

S.C.E.Milgard Windows
195 Exchange Boulevard
PO Box 4920
IL 60319


Sikma Plumbing
1836 Lake Street
Dyer, IN 46311


Silvestri Paving and Davis Paving
11663 S. Mayfield
Alsip, IL 60803


Siriano Real Estate, LLC
2251 N. Riverside Road
Benton Harbor, MI 49022


Steel Sales & Service
17500 S. Paxon Ave.
Lansing, IL 60438


Straightline Excavating
19544 Burnham
Chicago Heights, IL 60411


The Sellers
2836 W. 142nd Place
Blue Island, IL 60406


The Stovalls
20131 Park Ave.
Chicago Heights, IL 60411


The Streeters
21078 Willow
Chicago Heights, IL 60411


Thomas G. Koerner
C/O J&T Group
14221 Kedzie Ave.
Blue Island, IL 60406

Thomas G. Koerner
C/O J&T Group
14221 Kedzie Ave
Blue Island, IL 60406


Thomas Luscomb
920 W. 175th Street
Suite 1
Homewood, IL 60430


Thorn Creek Sanitary District
PO Box 403
Chicago Heights, IL 60412


Thornton Blacktop
17941 Hickory
Lansing, IL 60438


Thornton Township
333 E. 162nd Street
South Holland, IL 60473


Tom Koerner
14221 S. Kedzie Ave.
Suite 3
Blue Island, IL 60406


Topline Cartage
PO Box 5320
Lansing, IL 60438


Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197-5866


Transworld Systems, Inc.
9525 Sweet Valley Drive
Cleveland, OH 44125


Vacant Property Security
329 West 18th Street
Suite 714
Chicago, IL 60616

Valeview
646 Pleasant Trail
Frankfort, IL 60423-9515

Village of Hazelcrest
3000 170th Street
Hazel Crest, IL 60429

Village of Lynwood
21460 Lincoln Hwy.
Chicago Heights, IL 60411

Village of Matteson
4900 VIllage Commons
Matteson, IL 60443

Village of Robbins
3327 W. 137th Street
Robbins, IL 60472

Village of Sauk Village
21701 Torrence Avenue
Chicago Heights, IL 60411

VM Masonry
546 Illinois Road
Frankfort, IL 60423

VPS Security
329 West 18th Street
Chicago, IL 60616

Weichert Realtors
Martke Group
3838 Niles Road
Saint Joseph, MI 49085

Wightman & Associates
2303 Pipestone Road
Benton Harbor, MI 49022

Wilson Residence
2912 W. 142nd Place
Blue Island, IL 60406

```
Wiltjer Excavating
18317 Harper
Lansing, IL 60438
```